## Commonwealth *v.* Edwards, Appellant.

Argued June 14, 1966. *Vincent J. Ziccardi,* Assistant Defender, with him *Herman I. Pollock,* Defender, for appellant; *John A. McMenamin,* Assistant District Attorney, with him *Joseph M. Smith,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS and HOFFMAN, JJ., absent.

## Commonwealth *v.* Felton, Appellant.

Argued June 20, 1966. *Vincent J. Ziccardi,* Assistant Defender, with him *Austin Hogan,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Joseph M. Smith,* Assistant District Attorney, with him *John A. McMenamin,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

MONTGOMERY, J., dissented.